1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria L. Aguilar De Rodriguez

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARIA L. AGUILAR DE          ) Case No.: 5:15-cv-01155-MRW
    RODRIGUEZ,                   )
                                 ) ORDER AWARDING EQUAL
12          Plaintiff,           ) ACCESS TO JUSTICE ACT
                                 ) ATTORNEY FEES AND EXPENSES
13      vs.                      ) PURSUANT TO 28 U.S.C. § 2412(d)
                                 ) AND COSTS PURSUANT TO 28
14  CAROLYN W. COLVIN, Acting    ) U.S.C. § 1920
    Commissioner of Social Security, )
15                               )
            Defendant            )
16  _____ )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,550.00 as

21  authorized by 28 U.S.C. § 2412, and costs in the amount of $14.10 as authorized

22  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

    DATE:  March 24, 2016
23

24  _____
    THE HONORABLE MICHAEL R. WILNER
25  UNITED STATES MAGISTRATE JUDGE

26

                              -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3           /s/ *Lawrence D. Rohlfing*
    _____
4   Lawrence D. Rohlfing
    Attorney for plaintiff Maria L. Aguilar De Rodriguez
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26